# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

_____

| | |
|---|---|
| DEKOTA JAMES MCCLURE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-145-BLG-BMM |
| vs. | |
| YELLOWSTON COUNTY DETENTION FACILITY, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 1, 2024 (Doc. 6), this action is DISMISSED.

Dated this 17th day of December, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk